**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

IN RE AMAZON TARIFF LITIGATION

Case No. 2:26-md-03197

**ORDER ON PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE**

Now before the Court is the Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel and Executive Committee for the Proposed Class. Dkt. # 4.

This motion relates to consumer protection cases brought by and on behalf of consumers who purchased goods from Amazon's retail platform that had allegedly been subject to the passthrough of unlawful tariffs.

The Court concludes that Hagens Berman Sobol Shapiro LLP and Grant & Eisenhofer P.A. should be appointed, and are hereby appointed, as Interim Co-Lead Class Counsel, and that Farrell & Fuller, Napoli Shkolnik PLLC, and Robins Geller Rudman & Dowd LLP should be appointed, and are hereby appointed, as members of the Executive Committee. The Court concludes that such appointments will aid in achieving efficiency and economy in what is likely to be an expensive and complicated litigation, and that such appointments will enhance fairness to all parties concerned, as well as the proposed classes.

Interim Co-Lead Class Counsel shall be responsible, in their discretion, for coordinating pretrial activities on behalf of all plaintiffs in the Action ("Plaintiffs") and the proposed putative class in the Action, and shall:

1. Determine and present to the Court, and to Defendant, Plaintiffs' position on all matters during pretrial proceedings (whether by brief, oral argument, or other manner, personally or by a designee);
2. Coordinate and conduct discovery on behalf of Plaintiffs consistent with the requirements of Federal Rule of Civil Procedure 26, including propounding and responding to written discovery and noticing, taking, and defending depositions;
3. Coordinate, direct, and monitor the work of all Plaintiffs' counsel to ensure the efficient, orderly, non-duplicative, and cost-effective prosecution of Plaintiffs' claims;
4. Conduct and coordinate settlement negotiations, and enter into any settlement agreements on behalf of Plaintiffs and the proposed Class;

5. Enter into stipulations with opposing counsel and any non-party counsel for the litigation;
6. Prepare and distribute periodic status reports to the parties as needed;
7. Maintain adequate time and disbursement records covering services for Plaintiffs' counsel;
8. Appoint any committees to handle specific tasks or areas of responsibility as appropriate;
9. Allocate among Plaintiffs' counsel any award of attorney's fees and expenses; and
10. Perform such other duties on behalf of Plaintiffs and the proposed class as necessary or incidental to the proper coordination and execution of pretrial activities or as authorized by Court order.

Members of the Executive Committee shall act at the direction and under the supervision of Interim Co-Lead Class Counsel. Members of the Executive Committee may assist Interim Co-Lead Class Counsel in connection with motion practice, discovery, preparation of expert witness reports and testimony, preparation for and appearances at hearings and settlement negotiations, and such other tasks concerning the prosecution or resolution of their respective cases as directed by Interim Co-Lead Class Counsel.

Only Interim Co-Lead Class Counsel or an Executive Committee Member acting at the direction of Interim Co-Lead Class Counsel may communicate with defense counsel on behalf of Plaintiffs or the putative class. All such agreements shall be binding on all counsel in the Action.

In reaching these conclusions, the Court has carefully reviewed the motion and its accompanying submissions, including the declarations and attachments submitted on behalf of the appointed firms, and has also considered the factors outlined in Rule 23(g) of the Federal Rules of Civil Procedure and other authority cited by the plaintiffs. The plaintiffs' submissions demonstrate that the appointed firms satisfy the requirements of Rule 23(g) for appointment as interim lead class counsel and executive committee members. These include the work counsel have done in identifying or investigating potential claims in the action; counsel's experience in

handling class actions, other complex litigation, and the types of claims asserted in the action; counsel's knowledge of the applicable law; and the resources that counsel have available and will commit to representing the class.

IT IS SO ORDERED.

DATED this 16th day of October, 2026.

John H. Chun
United States District Judge