UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE AMAZON TARIFF LITIGATION

Case No. 2:26-md-03197-JHC

**STIPULATION AND ORDER TO FILE CONSOLIDATED COMPLAINT**

**STIPULATION**

The Parties to these consolidated actions, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court.

On October 2, 2026, the Judicial Panel On Multidistrict Litigation ("JPML") issued an order granting centralization and transfer to this Court of six related actions against Defendants Amazon.com, Inc. and Amazon.com Services LLC. On October 14, 2026, the JPML ordered transfer of a seventh related action to this Court. In light of the JPML's centralization and transfer order, Plaintiffs' counsel have agreed that they will file a Consolidated Complaint in this action.

Accordingly, pursuant to LCR 10(g) and subject to the Court's approval, the Parties stipulate as follows:

1. Plaintiffs' deadline to file a Consolidated Complaint is November 6, 2026.

2. Amazon's deadline to move to dismiss or otherwise respond to the Consolidated Complaint is January 8, 2027.

3. Plaintiffs' deadline to respond to any motion to dismiss filed by Amazon is February 22, 2027.

4. Amazon's deadline to file a reply in support of any motion to dismiss is March 24, 2027.

5. All other deadlines and proceedings in this action are suspended pending resolution of Amazon's motion to dismiss.

DATED: November 3, 2026 Respectfully Submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s// Steve Berman*
Steve W. Berman, WSBA No. 12536
Sydney K. Thomas, WSBA No. 64571
Dana Abelson, WSBA No. 63278)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
sydney.thomas@hbsslaw.com
dana.abelson@hbsslaw.com

Christopher R. Pitoun (*pro hac vice*)
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Email: christopherp@hbsslaw.com

Kelly L. Tucker (*pro hac vice*)
Matthew Denn (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 622-7000
Email: ktucker@gelaw.com
mdenn@gelaw.com

Thomas Walsh (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s// Brian Buckley*
Brian D. Buckley, WSBA No. 26423
Molly A. Terwilliger, WSBA No. 28449
Tjitske Dekker, WSBA No. 61558
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: brian.buckley@morganlewis.com
molly.terwilliger@morganlewis.com
tjitske.dekker@morganlewis.com

*Counsel for Defendant Amazon.com, Inc. and Amazon.com Services LLC*

New York, NY 10017
Telephone: (646) 722-8500
Email: twalsh@gelaw.com

Michael J. Fuller, Jr. (*pro hac vice*)
**FARRELL & FULLER, LLC**
270 Munoz Rivera Avenue, Suite 201
San Juan, Puerto Rico 00918
Telephone: (939) 293-8244
Facsimile: (939) 293-8245
Email: mike@farrellfuller.com

Hunter J. Shkolnik (*pro hac vice* pending)
**NAPOLI SHKOLNIK**
1302 Avenida Ponce de León
Santurce, PR 00907
T: (787) 493-5088
hunter@nsprlaw.com

Stuart A. Davidson (*pro hac vice*)
Michal-Ane E. McIntosh (*pro hac vice* pending)
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: (561) 750-3000
sdavidson@rgrdlaw.com
mmcintosh@rgrdlaw.com

*Counsel for Plaintiffs*

**ORDER**

The Parties having stipulated to the above terms, **IT IS SO ORDERED**.

Dated this 3rd of November, 2026.

John H. Chun

The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE