UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE AMAZON TARIFF LITIGATION | Case No. 2:26-md-03197-JHC<br><br>**STIPULATION AND ORDER TO FILE THIRD AMENDED CONSOLIDATED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>November 20, 2026 |

## STIPULATION

The Parties to these consolidated actions, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court.

On November 6, 2026, Plaintiffs filed the Consolidated Second Amended Class Action Complaint ("CSAC"). Dkt. 17. The CSAC omitted Plaintiffs Sharon Lasseter, Tonysha Emerson, and Parveen Sangha. The Parties conferred regarding whether Plaintiffs Lasseter, Emerson, and Sangha intended to dismiss their claims. Plaintiff Lasseter does intend to pursue her claims, and Plaintiffs seek to file a Consolidated Third Amended Complaint ("CTAC") that includes Plaintiff Lasseter. Plaintiff Emerson and Plaintiff Sangha seek to dismiss their claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, pursuant to LCR 10(g) and subject to the Court's approval, the Parties stipulate as follows:

1. Plaintiffs' deadline to file the CTAC is November 24, 2026.

2. Amazon's deadline to move to dismiss or otherwise respond to the CTAC is January 22, 2027.

3. Plaintiffs' deadline to respond to any motion to dismiss the CTAC is March 8, 2027.

4. Amazon's deadline to file a reply in support of any motion to dismiss the CTAC is April 7, 2027.

5. The CTAC will be the legally operative complaint in this action and will supersede all prior complaints filed by Plaintiffs in their individual actions.

6. Plaintiff Emerson's and Plaintiff Sangha's claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

7. All other deadlines and proceedings in this action are suspended pending resolution of Amazon's motion to dismiss.

DATED: November 20, 2026

Respectfully Submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s// Steve W. Berman*
Steve W. Berman, WSBA No. 12536
Sydney K. Thomas, WSBA No. 64571
Dana Abelson, WSBA No. 63278)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
sydney.thomas@hbsslaw.com
dana.abelson@hbsslaw.com

Christopher R. Pitoun (*pro hac vice*)
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Email: christopherp@hbsslaw.com

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s// Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
Molly A. Terwilliger, WSBA No. 28449
Tjitske Dekker, WSBA No. 61558
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: brian.buckley@morganlewis.com
molly.terwilliger@morganlewis.com
tjitske.dekker@morganlewis.com

*Counsel for Defendant Amazon.com, Inc. and Amazon.com Services LLC*

Kelly L. Tucker (*pro hac vice*)
Matthew Denn (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 622-7000
Email: ktucker@gelaw.com
mdenn@gelaw.com

Thomas Walsh (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Email: twalsh@gelaw.com

Michael J. Fuller, Jr. (*pro hac vice*)
**FARRELL & FULLER, LLC**
270 Munoz Rivera Avenue, Suite 201
San Juan, Puerto Rico 00918
Telephone: (939) 293-8244
Facsimile: (939) 293-8245
Email: mike@farrellfuller.com

Hunter J. Shkolnik (*pro hac vice* pending)
**NAPOLI SHKOLNIK**
1302 Avenida Ponce de León
Santurce, PR 00907
T: (787) 493-5088
hunter@nsprlaw.com

Stuart A. Davidson (*pro hac vice*)
Michal-Ane E. McIntosh (*pro hac vice* pending)
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: (561) 750-3000
sdavidson@rgrdlaw.com
mmcintosh@rgrdlaw.com

*Counsel for Plaintiffs*

**ORDER**

The Parties having stipulated to the above terms, **IT IS SO ORDERED**.

Dated this 20th of November, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE